UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DENEAN C. PLEDGER,

        Plaintiff,

v.                                                         Case No. 20-11125

FCA US LLC – UAW PENSION
AGREEMENT,

        Defendant.
_____/

## JUDGMENT

In accordance with the "Opinion and Order Denying Plaintiff's Motion for Judgment and Granting Defendant's Motion for Judgment" entered on October 28, 2020,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendant FCA US LLC – UAW Pension Agreement, and against Plaintiff Denean C. Pledger. Dated at Port Huron, Michigan, October 28, 2020.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                By: <u>s/Lisa Wagner</u>
                                                   Lisa Wagner, Case Manager
                                                   to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-11125.PLEDGER.CrossMotionsforJudgment.JUDGMENT.docx